UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:13-cr-0203-TWP-TAB |
| | ) | |
| CALVIN MURRAY, | ) | - 01 |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker=s Report and Recommendation that Calvin Murray=s supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 12 months and 1 day, in the custody of the Attorney General. Upon Mr. Murray's release from confinement, he will be subject to 18 months of supervised release and with up to the first 120 days of such period of supervision to be served in the Volunteers of America on non-lockdown status, he is to have no form of contact with Morgan Mosley and Caroline Pineda.

SO ORDERED this 07/10/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Cynthia Ridgeway
Assistant U. S. Attorney
cynthia.ridgeway@usdoj.gov

Joe Cleary
Office of Indiana Federal Community Defender
joe_cleary@fd.org


U. S. Probation Office

U. S. Marshal